# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                  CASE NO.: 3:01cr82/LAC
                                            3:05cv100/LAC/MD

DANIEL JUAREZ
_____

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 31, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 153) is summarily DENIED.

DONE AND ORDERED this 2nd day of May, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**