# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:01cr82LAC
                                                               3:05cv100LAC

DANIEL JUAREZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on September 1, 2005
Motion/Pleadings: SUPPLEMENTAL MOTION PURSUANT TO FED.R.CIV.P. 15(a)
Filed by DEFENDANT PRO SE   on 8/16/05   Doc.# 160
RESPONSES:

                                                  on              Doc.#
                                                  on              Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ / Mary Maloy-Wells
LC (1 OR 2)   Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Case was closed with judgment (doc 157) filed 2 May 2005.*

                                                     s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                    *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.