# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:01cr82LAC

DANIEL JUAREZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  October 3, 2005  
Motion/Pleadings:  MOTION FOR RECONSIDERATION  
Filed by DEFENDANT PRO SE   on 9/19/05   Doc.# 163  
RESPONSES:

                                                on                    Doc.#  
                                                on                    Doc.#

   \_\_\_\_\_  Stipulated    \_\_\_\_\_  Joint Pldg.  
   \_\_\_\_\_  Unopposed    \_\_\_\_\_  Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            /s/ / Mary Maloy  
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of October, 2005, that:*

*(a) The relief requested is* ***DENIED.***

*(b) Lack of receipt of the Report and Recommendation does not alter the fact that the case was closed by judgment on 2 May 2005.*

                                                s/*L.A. Collier*  
                                                ***LACEY A. COLLIER***  
                                                *United States District Judge*

Entered On Docket: _____ By: \_\_  
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP  
Copies sent to:_____

Document No.